UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND HAYWOOD                                    CIVIL ACTION

VERSUS                                             NO. 06-3517

MARLIN N. GUSMAN (SHERIFF) CRIMINAL                SECTION "N"(4)
ORLEANS PARISH

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 19, 2008, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 claims filed by the plaintiff, Raymond Haywood, against Orleans Parish Criminal Sheriff Marlin N. Gusman, the Orleans Parish Criminal Sheriff's Office, the Orleans Parish Prison, and the Orleans Parish Prison Medical Department are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 26th day of February, 2008.

UNITED STATES DISTRICT JUDGE